UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO. 16-mj-30495

-vs-

HON:

JUSTIN CURRY – D3,
    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

Now comes LISA B. KIRSCH SATAWA, KIRSCH LEACH + ASSOCIATES, PLLC, and pursuant to LCrR 57.1, and for his Motion to Withdraw as Counsel in this Matter, states as follows:

1. On or about October 31, 2016, this Honorable Court appointed Lisa B. Kirsch Satawa as Court Appointed Counsel for the above-named Defendant through the CJA panel for the United States District Court, Eastern District of Michigan.

2. The Undersigned Counsel is concerned about disclosing information that Counsel feels is confidential and protected by attorney client privilege, and therefore the facts that Counsel feels comfortable in sharing are limited. However, in order to make a factual proffer regarding this Motion, Undersigned Counsel states the following:

   A. The relationship between Counsel and Mr. Curry has become increasingly strained and contested.

   B. Mr. Curry is not fully communicating with Counsel. Mr. Curry refused to participate in meetings that had been prearranged. Mr. Curry insists his research and his "other people who are assisting him" have educated him and he has lost confidence in counsel.

   C. Mr. Curry refuses to afford counsel the opportunity to explain Federal Criminal Procedure or evaluate his case and the evidence against him in a reasonable manner.

    D. Mr. Curry does not appear to be listening to Counsel, accepting Counsel's legal advice, or trusting Counsel.

    E. Mr. Curry has become increasing frustrated and confrontational with Counsel the longer Counsel's representation continues.

    F. Communication and trust between Mr. Curry and Counsel has been negatively effected and compromised.

    G. Finally, on today's date, counsel received threats from Mr. Curry's family.

3. Defense Counsel avers that there has been a breakdown in the attorney/client relationship between himself and Mr. Curry. Counsel further believes that Mr. Curry would be better served by "starting fresh" with a new lawyer.

4. A lawyer must withdraw from representation of a client if that representation would result in a violation of the rules of Professional Conduct. MRPC 1.16(a) (1).

5. As a result of the breakdown in the attorney/client relationship, Defense Counsel is concerned that his continued representation of Defendant at trial would be a violation of this attorneys obligations under the rules of professional conduct, to wit, MRPC 1.4 (communication with client), as well deny the Defendant Constitutionally effective representation afforded to Defendant by the 5th and 6th Amendments to the United States Constitution.

6. Counsel avers that she will fully cooperate with any successor attorney.

Wherefore the Undersigned Counsel herby requests this Honorable Court grant the Undersigned's motion to withdraw as attorney for the Defendant, Justin Curry.

Respectfully Submitted,

*s/ Lisa B. Kirsch Satawa*
Lisa B. Kirsch Satawa (P52675)
Attorney for Defendant
144 West Maple Road
Birmingham, MI 48009
(248) 792-3060

DATED: January 31, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO. 16-mj-30495

-vs-

HON:

JUSTIN CURRY – D3,
    Defendant.

_____/

BRIEF IN SUPPORT OF MOTION
TO WITHDRAW AS ATTORNEY

In support of Petitioner's Motion to Withdraw as the Defendant's attorney, the Undersigned Counsel Petitioner relies on the Michigan Rules of Professional Conduct, and the protections afforded Defendant by the 5th and 6th Amendments to the United States Constitution.

Wherefore the Undersigned Counsel herby requests this Honorable Court grant the Undersigned's motion to withdraw as attorney for the Defendant, Justin Curry

Respectfully Submitted,

*s/ Lisa B. Kirsch Satawa*
Lisa B. Kirsch Satawa (P52675)
Attorney for Defendant
144 West Maple Road
Birmingham, Michigan
(248) 792-3060

DATED: January 31, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,
        Plaintiff,

CASE NO. 16-mj-30495

-vs-

HON:

JUSTIN CURRY – D3,
        Defendant.

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Honorable:
United States Attorney:  Craig A. Weier
                                Patrick E. Corbett

                                Respectfully Submitted,

                                *s/ Lisa B. Kirsch Satawa*
                                Lisa B. Kirsch Satawa (P52675)
                                Attorney for Defendant
                                144 West Maple Road
                                Birmingham, Michigan
                                (248) 792-3060

DATED: January 31, 2017